UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REBECCA COURTER ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SEA-DAR ENTERPRISES, INC. ) <br> ) <br> Defendant. ) <br> ) | Civil Action. No.: 1:20-CV-11793-DJC |

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Rebecca Courter and Defendant Sea-Dar Enterprises, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal without prejudice of this action, with all rights of appeal to this action waived.

Respectfully submitted,

| | |
|---|---|
| CHRISTINE BRENNAN, Plaintiff | Sea-Dar Enterprises, Inc., Defendant |
| By her attorneys, | By its attorneys, |
| _/s/ Samuel J. Miller_<br>Brian George, Esq., BBO# 652215<br>Samuel J. Miller, Esq., BBO# 677066<br>SIMON & SIMON, PC<br>114 State Street, 4th Floor<br>Boston, MA 02109<br>Phone: 857-233-0559<br>Fax: 267-639-9006<br>briangeorge@gosimon.com<br>samuelmiller@gosimon.com | _/s/ Michael Riseberg_<br>Michael D. Riseberg, BBO# 567771<br>Robert S. Hillson, III, BBO# 703498<br>RUBIN AND RUDMAN LLP<br>53 State Street<br>Boston, MA 02109<br>Tel: 617-330-7000<br>mriseberg@rubinrudman.com<br>rhillson@rubinrudman.com |

Dated: February 16, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2021 this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (and paper copies will be sent to those indicated as non-registered participants).

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Samuel J. Miller_
　　　　　　　　　　　　　　　　　　　　　　　Samuel J. Miller